UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| S. BOYD, Successor  Plaintiff, | ) ) ) | |
| v. | ) ) | **JUDGMENT** No. 4:24-CV-59-FL |
| MUNICIPALITY ROBERSONVILLE  Defendant. | ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 4, 2024, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED in that part pertaining to plaintiff's federal claim under 42 U.S.C. § 1983, which is DISMISSED under Rule 12(b)(6). The court declines to exercise supplemental jurisdiction over plaintiff's state law claims, and such claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3). Accordingly, the court does not reach defendant's additional grounds for dismissal and its motion to dismiss is DENIED in remaining part without prejudice.

**This judgment Filed and Entered on December 4, 2024, and Copies To:**
S. Boyd (via US mail) at Box 507, Robersonville, NC 27871
Frederick Hughes Bailey, III (via CM/ECF Notice of Electronic Filing)

December 4, 2024                        PETER A. MOORE, JR., CLERK

                                                               /s/Sandra K. Collins
                                                          (By)Sandra K. Collins, Deputy Clerk